DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VANESSA STEVENSON,**
Appellant,

v.

**RESIDENCY APPEALS COMMITTEE OF FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D17-2191

[April 12, 2018]

Appeal from the Residency Appeals Committee of Florida Atlantic University; L.T. Case No. none provided.

Jason P. Dollard of Leslie Robert Evans & Associates, PA, Palm Beach, for appellant.

Daniel A. Jones of Office of the General Counsel Florida Atlantic University, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***